# APPENDIX.

## NOTES OF CASES NOT OTHERWISE REPORTED.

### BARTLETT v. BROWN.

*Appeal from General Term, Ninth District (Blackhawk County) — Friday, April 22.*

PRACTICE: CERTIFICATION OF EVIDENCE

ACTION in the circuit court to recover the value of certain personal property of plaintiff taken and converted to his own use by defendant. Trial to a jury. Verdict and judgment for plaintiff in the sum of $82.40. Defendant appealed to general term, where the judgment was affirmed. He appeals to this court.

*Brainard & Coleman* for the appellant — *Bois, Allen & Couch* for the appellee.

BECK, J. — The defendant assigns as error the admission of certain documentary evidence offered by plaintiff, the giving of certain instructions and the refusal of the court below to set aside the verdict, as being contrary to the evidence. The record is not in a condition to permit us to examine these objections. It does not show the grounds of defendant's objections to the introduction of the evidence, which, as we have held, is necessary to enable us to consider such objections. *Clark* v. *Connor*, 28 Iowa, 311. No exceptions were taken to the instructions complained of in the court below. The record does not purport to give all of the evidence for plaintiff, and the testimony of plaintiff's witnesses found in the record is certified to be *substantially* the evidence given by them. For these reasons we cannot pass upon the objections made by defendant to the ruling of the circuit court.

Affirmed.